# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

SEP 20 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 13CR3481-BTM-4 |
| vs. | JUDGMENT OF DISMISSAL |
| ARA ADAMYAN (4) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, with prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_x_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or
___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_x_  of the offenses as charged in the Indictment:

<u>18:1349; 18:982(a)(2) – Conspiracy to Commit Bank Fraud; Criminal Forfeiture</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 9/20/2016

Hon. Mitchell D. Dembin
United States Magistrate Judge