# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 20 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ARA ADAMYAN (4)

Defendant.

Case No. 13CR3481-BTM-4

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, with prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offenses as charged in the Indictment:

18:1349; 18:982(a)(2) – Conspiracy to Commit Bank Fraud; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 9/20/2016

Hon. Mitchell D. Dembin
United States Magistrate Judge